# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA
                            Plaintiff,

v.                                              Case No.: 1:19−cr−00864
                                                    Honorable Thomas M. Durkin

Ashik Desai
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2019:

      MINUTE entry before the Honorable Sunil R. Harjani: NOTICE of Arraignment as to Ashik Desai before the Honorable Sunil R. Harjani on 11/21/2019 at 11:30 AM. [5] is stricken. Detailed order to follow. Appearance is not required on 11/21/2019. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.