# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Ashik Desai

Magistrate Judge Jeffrey Cummings

Case No. 19-CR-864-1

Assigned Judge
District Judge Thomas M. Durkin

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR REFERRAL TO ANOTHER MAGISTRATE JUDGE

I recommend to the Executive Committee that the reference above captioned case be reassigned to another magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Magistrate Judge Sunil R. Harjani**

Date: Monday, November 18, 2019

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, November 18, 2019

Magistrate Recusal - Referral Magistrate to Magistrate

## Reason(s) For Recommendation:

- In accordance with Internal Operating Procedure 14 I recuse myself from this case assigned to my calendar pursuant to Local Rule 72.1 or Local Criminal Rule 50.3(D) for the reasons specifically set forth below:

Due to my prior employment with the USAO and additional personal reasons.