# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                            Case No.: 1:19−cr−00864

                                                     Honorable Thomas M. Durkin

Ashik Desai, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, November 26, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:as to Ashik Desai, On joint request, the 12/3/2019 Arraignment and plea is vacated and reset for 12/9/2019 at 10:00 AM. Mailed notice (srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.