UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RISHI SHAH,<br>SHRADHA AGARWAL,<br>BRAD PURDY, and<br>ASHIK DESAI | No. 19 CR 864<br><br>Judge Thomas M. Durkin |

**UNOPPOSED MOTION FOR ENTRY OF
PROTECTIVE ORDER GOVERNING DISCOVERY**

NOW COMES the United States, by BRIAN HAYES, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and ROBERT ZINK, Chief of the Fraud Section of the Criminal Division, United States Department of Justice, pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), and states as follows in support of its moves for the entry of an agreed protective order, and in support thereof states as follows:

1.　The superseding indictment in this case charges defendants Rishi Shah, Brad Purdy and Shradha Agarwal with mail fraud in violation of 18 U.S.C. § 1341, wire fraud in violation of 18 U.S.C. § 1343, and bank fraud in violation of 18 U.S.C. § 1344. The superseding indictment further charges Shah with engaging in monetary transactions with criminally derived property in violation of violation of 18 U.S.C. § 1957, and charges Purdy with making false statements to a financial institution violation of 18 U.S.C. § 1014. In addition, the superseding indictment charges Ashik Desai with wire fraud.

1

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendants, who have stated that the defendants have no objection to the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

    Respectfully submitted,

    BRIAN HAYES
    Attorney for the United States
    Acting Under Authority Conferred
    By 28 U.S.C. § 515
    Northern District of Illinois

By:   /s/ *Matthew Madden*
    MATTHEW MADDEN
    Assistant U.S. Attorney
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
    (312) 886-2050

    ROBERT ZINK
    Chief, Fraud Section
    Criminal Division

By:   */s/ William Johnston*
    WILLIAM JOHNSTON
    Assistant Chief
    (202) 514-0687
    Kyle C. Hankey
    Trial Attorney

Dated: December 6, 2019