## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 19 CR 864 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Thomas M. Durkin |
|  | ) |  |
| Rishi Shah, et al | ) |  |
|  | ) |  |

### ORDER

Government's sealed motion is granted. [49]   Enter Sealed Order.

Date:   12/16/2019                                     /s/ Thomas M. Durkin