UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19 CR 864 |
| | ) | Judge Thomas Durkin |
| RISHI SHAH, | ) | |
| SHRADHA AGARWAL, | ) | |
| BRAD PURDY, and | ) | |
| ASHIK DESAI | ) | |

**<u>GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF 15-PAGE FILING LIMIT INSTANTER</u>**

The UNITED STATES OF AMERICA, by LINDSAY JENKINS, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and ROBERT ZINK, Chief of the Fraud Section of the Criminal Division, U.S. Department of Justice, respectfully submits the following motion for leave to file a response in excess of the 15-page filing limit instanter.

Specifically, the government seeks leave to file an 18-page response in opposition to the motion filed by Defendants Rishi Shah and Shradha Agarwal to amend the Protective Order and Seizure Warrant (Dkt. 75).

Dated: January 22, 2020

Respectfully submitted,

LINDSAY JENKINS
Attorney for the United States
Acting under Authority Conferred by
28 U.S.C. § 515

By:   /s/ Matthew F. Madden
MATTHEW F. MADDEN
Assistant United States Attorney
United States Attorney's Office

      ROBERT ZINK
      Chief, Fraud Section
      Criminal Division
      U.S. Department of Justice

By:   /s/ Kyle C. Hankey
      WILLIAM E. JOHNSTON
      Assistant Chief
      KYLE C. HANKEY
      Trial Attorney
      1400 New York Ave. NW
      Washington DC 20530
      (202) 514-0687