# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 19-CR-864 |
| RISHI SHAH, ) | |
| SHRADHA AGARWAL, ) | Hon. Thomas M. Durkin |
| BRAD PURDY, and ) | |
| ASHIK DESAI ) | |
| ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to this Court's January 31, 2020 Minute Order (Dkt. 87), Defendants Rishi Shah and Shradha Agarwal respectfully move to extend the time to submit additional briefing regarding their Motion to Amend Protective Order and Vacate Seizure Warrant until February 14, 2020. Defendants request this short extension in order to prepare the requested briefing. Defendants have met and conferred with counsel for the government, who state no objection to the requested extension.

Should the Court grant this motion and consider it appropriate to reschedule the status conference currently set for February 10, 2020, Defendants Shah and Agarwal and the government's counsel are available on February 19 and February 20 or can coordinate with the Court's deputy to determine another date agreeable for the Court. The parties are otherwise prepared to appear on February 10 as currently scheduled.

Dated: February 5, 2020

Respectfully submitted,

/s/ *Christina M. Egan*
Christina M. Egan
John D. Adams *(pro hac vice)*
McGuireWoods LLP
77 W. Wacker, Suite 4100
Chicago, Illinois 60601
(312) 750-8644
cegan@mcguirewoods.com
jadams@mcguirewoods.com

**Attorneys for Defendant Shradha Agarwal**

Jonathan C. Bunge
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
jonathanbunge@quinnemanuel.com

William A. Burck (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com

**Attorneys for Defendant Rishi Shah**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses on this 5th day of February 2020.

Dated: February 5, 2020                          */s/ Christina M. Egan*
                                                             Christina M. Egan