# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                              Case No.: 1:19−cr−00864
                                              Honorable Thomas M. Durkin

Ashik Desai, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: On joint request, the 3/20/2020 status hearing is vacated and reset to 4/13/2020 at 9:00 a.m.as to Ashik Desai, Rishi Shah, Shradha Agarwal, and Brad Purdy. In the interest of justice and without objection time is excluded from 3/20/2020 to and including 4/13/2020 under 18:3161(h)(7)(B)(iv) of the Speedy Trial Act. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.