**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19-cr-00864 |
| | ) | |
| Plaintiff, | ) | The Hon. Thomas M. Durkin |
| vs. | ) | |
| | ) | |
| RISHI SHAH, SHRADHA AGARWAL, | ) | |
| BRAD PURDY and ASHIK DESAI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANTS RISHI SHAH, SHRADHA AGARWAL, AND BRAD PURDY'S UNOPPOSED MOTION TO PROVIDE GOVERNMENT DISCOVERY TO DEFENSE EXPERTS**

Defendants RISHI SHAH, SHRADHA AGARWAL, and BRAD PURDY (collectively the "Defendants"), by and through their attorneys, respectfully submit their Unopposed Motion to Provide Government Discovery to Defense Experts. In support thereof, Defendants state as follows:

1. Pursuant to the Protective Order governing discovery in this case (Dkt. 40), Defendants seek the permission of the Court to provide documents produced by the Government in discovery to expert witnesses retained by Defendants. Paragraph 2 of the Protective Order provides that "[p]ersons assisting in the defense … may be shown copies of the materials as necessary to prepare the defense, but may not retain copies without prior permission of the Court."

2. Defendants will provide their expert witnesses with copies of the Protective Order as required by Paragraph 5 of the Protective Order. Defendants will require the experts to acknowledge receipt and understanding of the Protective Order and agreement to abide by its

1

terms.

3. Counsel for Defendants has conferred with counsel for the Government and the Government does not oppose this motion.

WHEREFORE, for all of the reasons stated above, the Defendants respectfully request that the Court enter an order permitting Defendants to provide documents produced by the Government in discovery to experts retained by the Defendants.

| | |
|---|---|
| Dated: November 4, 2021 | /s/ Vicki Chou<br>John C. Hueston<br>Vicki Chou<br>HUESTON HENNIGAN LLP<br>523 W. 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Tel: (213) 788-4340<br>jhueston@hueston.com<br>vchou@hueston.com<br><br>*Attorneys for Rishi Shah* |
| Dated: November 4, 2021 | /s/ Koren Larissa Bell<br>Stephen Gerard Larson<br>Koren Larissa Bell<br>LARSON LLP<br>555 S. Flower Street, Suite 4400<br>Los Angeles, CA 90071<br>Tel: (213) 436-4888<br>slarson@larsonllp.com<br>kbell@larsonllp.com |

| | |
|---|---|
| Dated: November 4, 2021 | /s/ Patrick Blegen<br>Patrick Blegen<br>Blegen & Garvey<br>53 West Jackson Boulevard, Suite 1437<br>Chicago, IL 60604<br>pblegen@blegengarv<br>Tel: (312) 957-0100<br><br>*Attorneys for Shradha Agarwal* |
| Dated: November 4, 2021 | /s/ Theodore T. Poulos<br>Theodore T. Poulos<br>Emily C.R. Vermylen<br>Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd.<br>33 N. Dearborn, Suite 600<br>Chicago, IL 60602<br>(312) 263-0345 - main office<br>tpoulos@cotsiriloslaw.com<br>evermylen@cotsiriloslaw.com<br><br>*Attorneys for Brad Purdy* |