UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RISHI SHAH,<br>SHRADHA AGARWAL,<br>BRAD PURDY, and<br>ASHIK DESAI<br><br>Defendants. | No. 19 CR 864<br><br>Judge Thomas M. Durkin |

## REDACTED AMENDED PROTECTIVE ORDER

On November 22, 2019, this Court entered an *ex parte* Protective Order (Doc. #27) (the "Protective Order"), pursuant to 21 U.S.C. § 853(e)(1)(A), to preserve the availability of certain property that was alleged to be subject to forfeiture in the Superseding Indictment in the above-styled criminal action (Doc. #14). On August 10, 2023, this Court issued an Order (Doc. #500) granting in part Defendant Rishi Shah's Motion to Amend Protective Order (Doc. #474) to release certain property from the Protective Order that the Government concedes is not derived from criminal proceeds. Accordingly, the Court hereby issues this Amended Protective Order to release from this Court's Protective Order certain previously restrained property that the Government no longer contends was derived from criminal proceeds, while maintaining the restraint described in the original Protective Order (and any other amendments thereto) with respect to any property not referenced herein. This Amended Protective Order is made without prejudice to Mr. Shah's ability to request

1

the release of additional property from the Protective Order, as provided in this Court's earlier Order (Doc. #500).

**THEREFORE, IT IS HEREBY ORDERED AND DECREED** that, effectively immediately, this Court's Protective Order (Doc. #27) is hereby amended to release the following items from any and all restraints under the Protective Order, which shall be released to Mr. Shah upon his or his counsel's request:

(a) 69.9% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Fund A;

(b) 80.5% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Start-Up Company C;

(c) 43.4% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Fund N;

(d) 80.0% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Company C;

(e) 5.7% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Company D;

(f) 61.8% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Fund O;

(g) 38.7% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Fund B;

(h) 42.1% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Company B and any Investment Company B entities;

(i) 57.4% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Fund C;

(j) 76.3% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Company E;

(k) 41.3% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Company F, Investment Fund D, and Investment Fund P;

(l) 1.7% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Fund E;

(m) 74.3% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Fund Q;

(n) 6.1% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Investment Fund J; and

(o) 33.6% of all liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Start-Up Company A.

**IT IS FURTHER ORDERED** that the United States shall immediately release and return to Mr. Shah the following funds currently in its possession or control:

(a) $10,851.74, representing 43.4% of the amount seized from Investment Fund L on December 20, 2020;

(b) $201,241.46, representing 43.4% of the amount seized from Investment Fund N on May 3, 2021;

(c) $64,381.36, representing 6.1% of the amount seized from Investment Fund J on June 14, 2021; and

(d) $155,693.00, representing 80.0% of the amount seized from Investment Fund C on July 8, 2021.

**IT IS FURTHER ORDERED** that the United States shall promptly serve a copy of this Order upon the following entities and financial institutions, or their successors:

3

1. Investment Fund A;

2. Start-Up Company C;

3. Investment Fund L;

4. Investment Fund N;

5. Investment Company C;

6. Investment Company D;

7. Investment Fund B;

8. Investment Fund O;

9. Investment Company B;

10. Investment Fund C;

11. Investment Company E;

12. Investment Fund P;

13. Investment Fund Q;

14. Investment Fund J;

15. Start-Up Company D; and

16. Start-Up Company A;

and shall a make a return thereon reflecting the date and time of service.

THIS ORDER shall remain in full force and effect until further order of this Court.

SO ORDERED this 18th day of August, 2023.

_____
Honorable Thomas M. Durkin
United States District Judge