UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RISHI SHAH,<br>SHRADHA AGARWAL,<br>BRAD PURDY, and<br>ASHIK DESAI<br><br>Defendants. | No. 19 CR 864<br><br>Judge Thomas M. Durkin |

## AMENDED PROTECTIVE ORDER

On November 22, 2019, this Court entered an *ex parte* Protective Order (Doc. #27) (the "Protective Order"), pursuant to 21 U.S.C. § 853(e)(1)(A), to preserve the availability of certain property that was alleged to be subject to forfeiture in the Superseding Indictment in the above-styled criminal action (Doc. #14). On August 10, 2023, this Court issued an Order (Doc. #500) granting in part Defendant Rishi Shah's Motion to Amend Protective Order (Doc. #474) to release any property from the Protective Order that the Government conceded was not derived from criminal proceeds. The parties agreed to an initial implementing order, which this Court issued on April 18, 2023 (Doc. #506), that released portions of the liquid funds held by the various affected entities and expressly permitted Mr. Shah to seek the release of additional property from the Protective Order. To date, $5,848,223.82 has been released to Mr. Shah pursuant to that implementing order.

On September 14, 2023, Mr. Shah filed a Supplemental Motion to Amend the Protective Order (Doc. #524), seeking the release of additional assets. On October 10,

1

2023, at the Court's request, the parties submitted a Joint Statement Regarding Mr. Shah's Supplemental Motion to Amend Protective Order (Doc. #550), in which the Government acknowledged that the aggregate value of the untainted portion of the assets, including pro-rata appreciation on the assets, still to be released to Mr. Shah was $8,580,592.43, after accounting for any assets the Government claims are traceable and Defendant Agarwal's asserted interest in each such asset.

On October 12, 2023, this Court issued an Order (Doc. #551) providing for the release of an additional $8,580,592.43 in funds to Mr. Shah. Although the Court ordered the parties to provide a proposed agreed amended protective order releasing those funds to Mr. Shah, the parties have been unable to reach a complete agreement. This Court has set a status conference for Monday, October 23 to discuss the parties' respective positions. However, the parties both agree that $4,657,883.12 from Guild Capital should be released to Mr. Shah as a consequence of this Court's October 12, 2023 Order and have agreed to the issuance of this Order to provide for the release of those funds.

**THEREFORE, IT IS HEREBY ORDERED AND DECREED** that, effectively immediately, this Court's Protective Order (Doc. #27) is hereby amended to release the following funds from any and all restraints under the Protective Order, which shall be released to Mr. Shah upon his or his counsel's request:

> $4,657,883.12 in liquid funds held in the name of Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, Gravitas Holdings, LLC, or Rishi Shah by Guild Capital and any Guild Capital entities.

**IT IS FURTHER ORDERED** that the United States shall promptly serve a copy of this Order upon Guild Capital.

THIS ORDER shall remain in full force and effect until further order of this Court.

SO ORDERED this  23rd  day of October, 2023.

*Thomas M Durkin*
Honorable Thomas M. Durkin
United States District Judge