# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RISHI SHAH, et al.,<br><br>  Defendants. | Case No. 19 CR 864<br><br>Judge Thomas M. Durkin |

**DEFENDANT RISHI SHAH'S FIRST REQUEST FOR PRODUCTION**

Pursuant to the Court's instruction on December 11, 2023, *see* Minute Entry (Doc. #629), and Federal Rule of Criminal Procedure 16, Defendant Rishi Shah submits this Request for Production. Mr. Shah requests that the Government produce all responsive documents on or before December 18, 2023 to provide Mr. Shah's counsel sufficient time to review the documents prior to the evidentiary hearing set for January 2, 2024. In preparation for the evidentiary hearing, Mr. Shah requests the following discovery from the Government:

1. All documents and communications, both internal and external, and any drafts thereof, relating to the restraint of any assets restrained by the Protective Order (Doc. #27);

2. All documents and communications, both internal and external, and any drafts thereof, relating to the traceability or source of funding of any assets restrained by the Protective Order (Doc. #27);

3. All documents and communications, both internal and external, and any drafts thereof, relating to FBI Forensic Accountant Megan Poelking's testimony before the Grand Jury;

4. All documents and communications, both internal and external, and any drafts thereof, relating to the forfeiture allegation in the Superseding Indictment;

5. All communications, both internal and external, and any drafts thereof, involving any of the entities affected by the Protective Order (Doc. #27) relating to the assets

      covered by the Protective Order, including the value, liquidity, or traceability thereof, and any internal documents and communications regarding the same; and

6. All communications with any entity, including, but not limited to, Pershing, directing or discussing the distribution or treatment of funds and/or proceeds of the sale of any assets held in the name of Rishi Shah, Shradha Agarwal, Jumpstart Ventures, LLC, Jumpstart Ventures II, LLC, or Gravitas Holdings, LLC, whether or not such assets were subject to the Protective Order (Doc. #27), and any internal documents and communications regarding the same.

In addition to the communications and documents requested above, Mr. Shah and the Government have agreed that the Government will issue third party subpoenas to the following entities: 7 Wire Ventures Fund, Boom Train, Chicago Ventures, Corazon Capital, Diversified 321 N Clark, Eight Partners VC Fud, Greatpoint Ventures Innovation Fund, Guild Capital, Healthx Ventures Fund, Impact Engine, Institutional Ventures, L Squared Capital Management, MATH Venture Partners, Monarch Capital Partners, Summit Trail Advisors, and Swipesense (now SC Johnson). The Government's subpoenas will request the following documents:

1. Records sufficient to show the dates and amounts of any liquidity events, distributions and payments between January 1, 2019 and present related to investments held in the name of Rishi Shah, Shradha Agarwal, Jumpstart Ventures II LLC, and Gravitas Holdings LLC;

2. Records sufficient to show the liquidity or illiquidity during 2020 of any investment held in the name of Rishi Shah, Shradha Agarwal, Jumpstart Ventures II LLC, and Gravitas Holdings LLC; and

3. Records sufficient to show the liquidity or illiquidity during 2019 and between 2021 and present of any investment held in the name of Rishi Shah, Shradha Agarwal, Jumpstart Ventures II LLC, and Gravitas Holdings LLC.

Mr. Shah joins the Government's request for these records from the aforementioned entities and requests that the Government's subpoenas ask that any such record be produced to counsel for Mr. Shah and Ms. Agarwal simultaneously.

Should the Government claim that any of the requested documents are subject to a claim of privilege or work product protection, Mr. Shah requests, consistent with the Court's instructions,

that the Government produce a privilege log and provide the documents to the Court for *in camera* review.

Dated: December 23, 2023

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*

*Attorney for Defendant Rishi Shah*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 13, 2023, the foregoing was served by email on AUSA Matthew Madden and Assistant Chief William Johnston.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN