UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No: 19-cr-00864 |
| v. | ) | |
| | ) | Judge Thomas Durkin |
| RISHI SHAH, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

## **ORDER**

Before this Court is an Unopposed Motion for a Protective Order pursuant to Federal Rule of Evidence 502(d) concerning certain materials in the possession of PatientPoint. Specifically, PatientPoint possesses documents that may be relevant to this Court's determination of a restitution order in this case, some of which may contain information or materials protected by one or more valid privilege. Having considered the Unopposed Motion and good cause appearing therefor, the Court will enter a protective order under Federal Rule of Evidence 502(d) as follows:

Information produced by PatientPoint, and the other parties that were served subpoenas pursuant to the Court's previous order (Doc. #997), may be produced to the Defendants and the Government without effecting waiver of any attorney-client privilege, attorney work product privilege, or other valid legal privilege in this proceeding or in any other federal or state proceeding.

SO ORDERED this 11th day of March 2026.

Honorable Thomas M. Durkin
United States District Judge